

FILED
CLERK, U.S. DISTRICT COURT

03/24/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATAES OF AMERICA

PLAINTIFF(S)

v.

MCIVER, OLIVIA

DEFENDANT(S).

CASE NUMBER: 5:25-mj-00144

## DECLARATION RE OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: INDICMENT
in the WESTERN District of OKLAHOMA on 03/24/2025
at 8:00 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 10/02/2024
in violation of Title 21 U.S.C., Section(s) 846
to wit: DRUG CONPIRACY

A warrant for defendant's arrest was issued by: JOAN KANE CLERK

Bond of $ NO     was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     3/24/25
                 Date

*Cesar Perez*
Signature of Agent

CESAR PEREZ
Print Name of Agent

USMS
Agency

DEO
Title